# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:19-CR-00627 SNLJ |
| ) | |
| **THOMAS LAMAR PERRY,** ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO SCHEDULE CASE FOR CONSOLIDATED PLEA AND SENTENCING HEARING AND FOR PREPARATION AND DISCLOSURE OF A PRE-PLEA PRESENTENCE REPORT

**COMES NOW** Defendant Thomas Perry, by and through counsel, Susan McGraugh, and the United States of America, represented by the Office of the United States Attorney for the Eastern District of Missouri, through Dianna Collins, Assistant United States Attorney, and notifies the Court that: (1) the parties jointly move to schedule the case for a consolidated plea and sentencing hearing, and (2) under Federal Rule of Criminal Procedure 32(e)(1), the Defendant consents to the immediate disclosure of the pre-plea presentence investigation report to the Court, defense counsel, and the U.S. Attorney's office. In support of the motion, the parties state as follows:

1. The parties have reached a guilty plea agreement, which resolves all charges against the Defendant and the Defendant is prepared to plead guilty pursuant to that written agreement.

2. The parties ask the Court to schedule a consolidated plea and sentencing hearing no earlier than 90 days from the date the Court grants this joint motion.

3. The Defendant asks the Court to direct the United States Probation Office to prepare a

presentence report under Fed. R. Crim. P. 32(d). The Defendant consents to the pre-plea presentence investigation report and asks the Court to allow the probation office to disclose the report to the Court and the parties no later than 35 days prior to sentencing.

4. Following the disclosure of the pre-plea presentence investigation report, the parties will submit objections within 14 days. The final presentence investigation report will be filed at least 7 days prior to sentencing. The confidential sentencing recommendation from the United States Probation Office will be submitted at least 7 days prior to the consolidated plea and sentencing hearing.

5. The Defendant agrees that the Court may make a finding that the ends of justice are served by the delay in setting the consolidated hearing outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), and that the Court may excluded the time between the filing of this motion and the date of the consolidated hearing from the Speedy Trial act calculation.

**WHEREFORE**, the parties submit this motion for a pre-plea presentence investigation report to facilitate a consolidated plea and sentencing hearing.

RESPECTFULLY SUBMITTED,

/s/ Susan McGraugh  
Susan McGraugh  
Attorney for Defendant

/s/ Dianna R. Collins  
Dianna R. Collins  
Assistant United States Attorney