# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Cause No.: 4:19CR00627** |
| ) | |
| **THOMAS PERRY,** ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S MOTION TO FILE UNDER SEAL

Comes now Defendant, Thomas Perry, by and through counsel, and requests this Court Order that his Sentencing Memorandum be filed under seal.  Defendant's Sentencing Memorandum contains information that is privileged in nature, including medical records.

WHEREFORE, Defendant moves this Court to order his Sentencing Memorandum be filed under seal.

Respectfully submitted,

 /s/ Susan McGraugh
Susan McGraugh #37430MO
Attorney for Defendant
Saint Louis University Law Clinic
100 N. Tucker Blvd.
St. Louis, MO  63101
(314) 977-2778

CERTIFICATE OF SERVICE

I hereby certify that on 19th day of February 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

_____/sm/_____
Susan McGraugh